IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LASANDRA MADDEN, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:13-cv-00398-SWW |
| | * | |
| | * | |
| ALLEGIANCE HEALTH | * | |
| MANAGEMENT, INC. and | * | |
| ALLEGIANCE SPECIALTY | * | |
| HOSPITAL OF LITTLE ROCK, LLC, | * | |
| D/B/A CONERSTONE HOSPITAL | * | |
| OF NORTH LITTLE ROCK, | * | |
| | * | |
| Defendant. | * | |

## ORDER

Pursuant to the parties' stipulation of dismissal [doc.#14] filed on July 9, 2014, this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 10th day of July 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE